# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANEESA JOHNSON**<br>c/o Hamed PLLC<br>P.O. Box 25085<br>Washington, DC  20027<br><br>                *Plaintiff,*<br>   v.<br><br>**GEORGETOWN UNIVERSITY**<br>37th and O Streets NW<br>Washington, D.C.  20057<br><br>**JOEL HELLMAN**<br>1309 35th St NW<br>Washington, DC  20007<br><br>**GEORGE SHAMBAUGH**<br>2806 Rifle Ridge Road<br>Oakton, VA  22124<br><br>**RACHEL JESSICA WOLFF**<br>235 Marvin Avenue<br>Los Altos, CA  94022<br><br>**CANARY MISSION**<br>c/o Central Fund of Israel<br>461 Central Ave.<br>Cedarhurst, NY  11516<br><br>**HELEN DILLER FAMILY FOUNDATION**<br>121 Steuart Street<br>San Francisco, CA  94105<br><br>**JEWISH COMMUNITY FEDERATION of SAN FRANCISCO**<br>121 Steuart Street<br>San Francisco, CA  94105<br><br>**ILYA SHAPIRO**<br>209 Midvale St<br>Falls Church, VA  22046<br><br>**TUVIA MILSZTEIN, AKA ADAM MILSTEIN**<br>15910 Ventura Blvd, Suite 700<br>Encino, CA  91436 | **JURY TRIAL DEMANDED**<br><br>Civil Action No.  1:25-cv-1540 |

| | |
|---|---|
| **ADAM AND GILA MILSTEIN FAMILY FOUNDATION** <br> 15910 Ventura Blvd, Suite 700 <br> Encino, CA 91436 <br> **JOHN DOES 1-10** <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# DEFENDANTS GEORGETOWN UNIVERSITY, JOEL HELLMAN, AND GEORGE SHAMBAUGH'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant 28 U.S.C. §§ 1331, 1343, 1441, and 1446, Defendants Georgetown University ("Georgetown"), Joel Hellman, and George Shambaugh (collectively the "Georgetown Defendants"), by and through undersigned counsel, hereby remove this civil action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support hereof, the Georgetown Defendants respectfully state as follows:

1. On or about February 4, 2025, Plaintiff Aneesa Johnson ("Plaintiff") commenced this action by filing a complaint against Georgetown in the Superior Court of the District of Columbia, captioned *Aneesa Johnson v. Georgetown University*, Case Number 2025-CAB-000655 (the "Superior Court Action"). In her original complaint, Plaintiff asserted federal and District of Columbia law claims arising from Georgetown's decision to terminate her employment in the fall of 2023. Plaintiff did not serve the initial complaint.

2. On April 29, 2025, Plaintiff filed an Amended Complaint in the Superior Court Action, adding ten new defendants: Joel Hellman; George Shambaugh; Rachel Jessica Wolff; Canary Mission; Helen Diller Family Foundation; Jewish Community Federation of San Francisco; Ilya Shapiro, Tuvia Milsztein; Adam and Gila Milstein Family Foundation; and John Does 1-10.

2

3. In her Amended Complaint, Plaintiff asserted the following claims: (1) Race, Religion, and National Origin Discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.*; (2) Race, Religion, and National Origin Discrimination under the District of Columbia Human Rights Act ("DCHRA"), D.C. Code § 2-1402.11; (3) Aiding and Abetting Discrimination pursuant to the DCHRA, D.C. Code § 2-1402.62; (4) Hostile Work Environment discrimination under Title VII, 42 U.S.C. § 2000e, *et seq.*; (5) Hostile Work Environment under the DCHRA, D.C. Code § 2-1402.11; (6) Retaliation under Title VII, 42 U.S.C. § 2000e-3(a); (7) Retaliation under the DCHRA, D.C. Code § 2-1402.61; (8) Racial Discrimination in Contractual Rights, 42 U.S.C. § 1981; (9) Civil Rights Conspiracy, 42 U.S.C. § 1985(3); (10) Civil Conspiracy; (11) Breach of Contract; (12) Defamation; (13) Intentional Infliction of Emotional Distress; (14) Tortious Interference with Contract; and (15) False Light Invasion of Privacy.

4. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff asserts claims under federal statutes in Counts I, IV, VI, VII, VIII, and IX.

5. Pursuant to 28 U.S.C. § 1343(a), "[t]he district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person: (1)To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42." Count IX asserts a Civil Rights Conspiracy claim pursuant to 42 U.S.C. § 1985(3).

6. This Court has original jurisdiction over this action under 28 U.S.C. §§ 1331 and 1343(a), because the federal questions are presented on the face of the Amended Complaint.

3

Further, the Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the remaining D.C. law claims, as they are so related to the claims in this action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

7. As a result, this Action is removable pursuant to 28 U.S.C. § 1441.

8. Defendant Georgetown was served with a summons and a copy of the Amended Complaint on May 5, 2025.

9. Defendants Hellman and Shambaugh received summonses and a copy of the Amended Complaint on May 6, 2025.

10. The Georgetown Defendants lack information sufficient to form a belief as to whether any other Defendant in this action has been "been properly joined and served," within the meaning of 28 U.S.C. §1446(b)(2)(a). To date, no proofs of service have been filed by Plaintiff, and no other Defendant has entered an appearance in this action.

11. The date on or before which the Georgetown Defendants are required by the laws of the District of Columbia to answer or otherwise respond to the Amended Complaint has not lapsed. Likewise, the thirty-day period within which the Georgetown Defendants may remove the Action to this Court has not lapsed.

12. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

13. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon the Georgetown Defendants in the Action are attached hereto as **Exhibit A**.

14. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be filed with the Clerk of Court for

the Superior Court of the District of Columbia. All parties will receive a copy of the Notice filed with that court.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, Defendants Georgetown University, Joel Hellman, and George Shambaugh hereby remove this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

May 14, 2025

*/s/ Henry A. Platt*
Henry A. Platt (D.C. Bar No. 425994)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 342-3447
Fax: (202) 337-6065
henry.platt@saul.com
*Counsel for Defendants Georgetown University Joel Hellman, and George Shambaugh*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 14 2025, I caused a copy of the foregoing document **DEFENDANTS GEORGETOWN UNIVERSITY, JOEL HELLMAN, AND GEORGE SHAMBAUGH'S NOTICE OF REMOVAL** was sent to the following counsel of record via email and US Mail, as follows:

Abdel-Rahman Hamed
P.O. Box 25085
Washington, DC 20027
Telephone:    202-888-8846
abdelrahman@hamedlaw.com
*Counsel for Plaintiff*

                                                */s/ Henry A. Platt*
                                                Henry A. Platt

                                                *Counsel for Defendants Georgetown University Joel Hellman, and George Shambaugh*