AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Aneesa Johnson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01540-CRC |
| Georgetown University | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rachel Jessica Wolff                                                                                              .

Date:    06/02/2025

/s/Joshua Zuckerman

*Attorney's signature*

Joshua Zuckerman (pro hac vice) (DC Bar No. 172455)

*Printed name and bar number*

1700 M Street N.W., Washington, D.C., 20036

*Address*

jzuckerman@gibsondunn.com

*E-mail address*

(202) 955-8500

*Telephone number*

*FAX number*