**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANEESA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.  1:25-cv-01540-CRC |
| | ) |
| GEORGETOWN UNIVERSITY, *et al*., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE – TIMOTHY D. INTELISANO**

Please enter the appearance of Timothy D. Intelisano on behalf of Defendants Georgetown

University, Joel Hellman, and George Shambaugh in the above-referenced matter.

Please direct copies of all filings and materials in this matter to his attention.

**SAUL EWING LLP**

Dated: June 3, 2025

*/s/ Timothy D. Intelisano*
Timothy D. Intelisano  (D.C. Bar No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6615
Fax: (202) 337-6065
timothy.intelisano@saul.com

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy D. Intelisano, hereby certify that on June 3, 2025 the foregoing **NOTICE OF APPEARANCE – TIMOTHY D. INTELISANO** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Timothy D. Intelisano*
Timothy D. Intelisano

2