AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Aneesa Johnson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-1540 (CRC) |
| Georgetown University et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Ilya Shapiro                                                                                                      .

Date:     July 16, 2025                                                    /s/ Lindsay R. McKasson
                                                                                          *Attorney's signature*

                                                                         Lindsay R. McKasson, DCB No. 1618740
                                                                                    *Printed name and bar number*

                                                                                         Binnall Law Group
                                                                                      717 King Street, Suite 200
                                                                                     Alexandria, Virginia 22314

                                                                                                 *Address*

                                                                                         lindsay@binnall.com
                                                                                            *E-mail address*

                                                                                           (703) 888-1943
                                                                                        *Telephone number*

                                                                                           (703) 888-1930
                                                                                            *FAX number*