**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANEESA JOHNSON, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-01540-CRC |
| GEORGETOWN UNIVERSITY, et al., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to LCvR 83.6(b), Joshua R. Zuckerman of Gibson, Dunn & Crutcher LLP hereby withdraws his appearance in the above-captioned case as counsel for Defendant Rachel Jessica Wolff.  No trial date has been set in this matter.  Gibson, Dunn & Crutcher LLP and its attorneys that have appeared will continue to appear on behalf of Ms. Wolff in this action.

Date: August 22, 2025

Respectfully submitted,

*/s/ Joshua R. Zuckerman*
Joshua R. Zuckerman (D.C. Bar No. 1724555)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
jzuckerman@gibsondunn.com

*Attorney for Defendant Rachel Jessica Wolff*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day, August 22, 2025, a true and correct copy of this document was filed and served via the court's electronic filing system upon all parties who have entered and appeared in the above-captioned case.

/s/ *Joshua R. Zuckerman*
Joshua R. Zuckerman