IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANEESA JOHNSON,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGETOWN UNIVERSITY et al.,<br><br>*Defendants.* | Case No. 1:25-cv-1540 (CRC) |

### DEFENDANT ILYA SHAPIRO'S RULE 11 MOTION FOR SANCTIONS ON THE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 11, Defendant Ilya Shapiro, by counsel, respectfully moves this Court to impose sanctions against Plaintiff Aneesa Johnson and her counsel, Abdel-Rahman Hamed, for the vexatious and frivolous claims asserted against Mr. Shapiro in the Second Amended Complaint ("SAC") (ECF No. 47).

For the reasons explained in the attached memorandum in support of this motion, Plaintiff and Mr. Hamed should be ordered to pay Mr. Shapiro's reasonable attorneys' fees for having to respond to the SAC, all claims against Mr. Shapiro in the SAC should be stricken or otherwise dismissed with prejudice, and the Court should impose any other sanction it deems appropriate.

Mr. Shapiro requests oral argument on this motion.

Dated: September 22, 2025

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves, DCB No. 1033617
Lindsay R. McKasson, DCB No. 1618740
Katie L. Raymond, DCB No. 90034758

> BINNALL LAW GROUP
> 717 King Street, Suite 200
> Alexandria, Virginia 22314
> Phone: (703) 888-1943
> Fax: (703) 888-1930
> jason@binnall.com
>
> *Counsel for Defendant Ilya Shapiro*

## CERTIFICATE OF SERVICE

I certify that on September 22, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                             */s/ Jason C. Greaves*
                                             Jason C. Greaves

                                             *Counsel for Defendant Ilya Shapiro*