IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Aneesa Johnson,<br><br>      Plaintiff,<br><br>v.<br><br>Georgetown University, *et al.*,<br><br>      Defendants. | Civil Action No. 1:25-cv-01540-CRC |

### DEFENDANTS JEWISH COMMUNITY FEDERATION OF SAN FRANCISCO AND THE HELEN DILLER FAMILY FOUNDATION'S MOTION FOR SANCTIONS

Pursuant to Rule 11(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and the Court's inherent authority, Defendants Jewish Community Federation of San Francisco ("JCF") and The Helen Diller Family Foundation ("HDFF," and together, the "San Francisco Non-Profits"), appearing specially by and through counsel,[1] respectfully request this Court enter an Order of Sanctions against Plaintiff Aneesa Johnson ("Plaintiff") and her counsel for the reason that Plaintiff's Second Amended Complaint and its claims therein as they apply to the San Francisco Non-Profits are frivolous and baseless filings that are not well grounded, legally untenable, and brought with the improper purpose of harassing the San Francisco Non-Profits and vexatiously multiplying the proceedings.

Although Plaintiff has named the San Francisco Non-Profits as parties in this action, Plaintiff has failed to state any facts that support any theory of liability against the San Francisco Non-Profits. Since Plaintiff has failed to state legal or factual support for the San Francisco Non-

---

[1] In moving for sanctions based on Plaintiff's unsupported assertions of personal jurisdiction over the San Francisco Non-Profits, the San Francisco Non-Profits do not waive their defense of lack of personal jurisdiction as set forth in their forthcoming motion to dismiss.

1

Profits to be named as parties in this action, their inclusion can be only for an improper purpose to harass the San Francisco Non-Profits.

In support of their Motion, the San Francisco Non-Profits submit their supporting Memorandum of Law filed contemporaneously herewith. The Second Amended Complaint has no factual basis, no basis in law, and was filed without adequate investigation by counsel of record and for the improper purpose of harassment.

For the reasons stated herein and more specifically stated in the Memorandum of Law, the San Francisco Non-Profits respectfully request that this Court (1) dismiss the Second Amended Complaint as to the San Francisco Non-Profits with prejudice, and (2) award sanctions that the Court deem just and appropriate, including the costs in fees incurred by defending the San Francisco Non-Profits. The San Francisco Non-Profits further request that the Court grant the San Francisco Non-Profits leave to file a statement of costs and fees incurred upon the award of sanctions against Plaintiff and her counsel in support of the amount of the sanction award.

Dated:  September 22, 2025

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:     /s/ Kevin P. Dwight
Joshua N. Drian (DC Bar 1009917)
Douglas J. Smith (DC Bar 1028963)
Katherine M. Herman (DC Bar 90019885)
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 585-6500
Facsimile: (202) 585-6600
Email: JDrian@manatt.com
         Djasmith@manatt.com
         KHerman@manatt.com

Kevin P. Dwight (*pro hac vice*)
One Embarcadero Center, 30th Floor

San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
Email: KDwight@manatt.com

*Attorneys for Defendants Jewish Community Federation of San Francisco and The Helen Diller Family Foundation*

## CERTIFICATE OF SERVICE

    I certify that on this day, September 22, 2025, a true and correct copy of this document was filed and served via the court's electronic filing system upon all parties who have entered and appeared in the above-captioned case.

                                                             */s/ Douglas J. Smith*
                                                              Douglas J. Smith