## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ANEESA JOHNSON**

*Plaintiff,*

v.

**GEORGETOWN UNIVERSITY**, et al.,

*Defendants.*

Case No. 1:25-cv-01540

HON. CHRISTOPHER R. COOPER

### DECLARATION OF COLLIN POIROT

I, Collin Poirot, declare the following:

1. I make this declaration based on knowledge and investigation, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. This declaration details the extensive targeting and profiling of District of Columbia residents by Canary Mission, which supports the court's exercise of personal jurisdiction and shows the localized impact of Defendants' conduct within the District.

3. On October 28, 2025, I conducted a search of canarymission.org to identify individuals with connections to Washington, D.C. who have been profiled and targeted by Defendants. This investigation was limited to content published on Defendants' website and represents an overview of their targeting practices within this jurisdiction.

4. Based on my investigation, Defendants have created detailed profiles targeting at least **one hundred and forty-eight (148)** individuals with substantial connections to Washington, D.C., including residents, students, faculty, and professionals working within the District.

5. Defendants have systematically targeted members of major District of Columbia educational institutions, including:

   a. **George Washington University:** The website contains profiles on at least seventy-five (75) individuals who it alleges are associated with the university.

   b. **Georgetown University:** The website contains profiles on at least twenty-four (24) individuals who it alleges are associated with the university.

   c. **American University:** The website contains profiles on at least seventeen (17) individuals who it alleges are associated with the university.

   d. **Howard University:** The website contains profiles on at least seven (7) individuals who it alleges are associated with the university.

   e. **Other DC Institutions:** Additional individuals allegedly associated with Gallaudet University, Catholic University of America, and other local institutions.

6. Defendants have profiled at least twenty-three (23) individuals in connection with their employment by D.C.-based organizations and government agencies, membership in local activist organizations like IfNotNow DC, professional activities within the District, and participation in events and protests within Washington, D.C.

7. The profiles created by Defendants contain detailed personal information about D.C. residents, including full names and photographs, educational institutions and graduation years, employment information and professional affiliations, social media posts and personal statements, detailed descriptions of political activities and associations, and accusations of supporting terrorism, antisemitism, and anti-American activities.

8.      Defendants' systematic targeting has created a substantial chilling effect that has been felt throughout the country—chilling free speech and academic freedom at major DC universities, creating a climate of fear among students, faculty, and professionals, interfering with educational and employment opportunities for DC residents, disrupting local political and activist organizations, and causing devastating reputational harm to numerous District residents. Those effects are felt wherever Canary Mission's victims reside or organize, including Washington, D.C.

9.      This evidence shows that Defendants' conduct represents not isolated incidents but a coordinated campaign specifically targeting academic, professional, and activist communities in Washington, D.C. This appears to include monitoring D.C. university campus activities, coordinated profiling of student organization members, targeting of local professional organizations, and documenting D.C.-based political activities.

10.     The extensive targeting of D.C. residents, systematic doxing of D.C. institutions, and intended local effect of Defendants' conduct establishes clear connections to this judicial district.

11.     The sheer scope of Defendants' targeting in D.C. alone—at least 148 individuals—demonstrates substantial, non-speculative harm to District residents and institutions, and supports claims for relief under applicable civil rights, privacy, and defamation theories.

12.     All information contained herein about Canary Mission's targets was obtained directly from Defendants' publicly accessible website at canarymission.org. The profiles and targeting information described herein represent Defendants' own published content and statements.

13.     Based on publication dates visible on Defendants' website, this targeting conduct is ongoing, with profiles published as recently as October 2025, demonstrating continuing harm to D.C. residents.

I declare under penalty of perjury under the laws of the United States that the foregoing factual statements are true and correct.

/s/ Collin Poirot                                      October 28, 2025
Collin Poirot                                          Date