**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANEESA JOHNSON,                              )
                                             )
                    Plaintiff,               )
                                             )
            v.                               )        Case No. 1:25-cv-01540-CRC
                                             )
GEORGETOWN UNIVERSITY, *et al.*,             )
                                             )
                    Defendants.              )

## PRAECIPE ON BEHALF OF THE GEORGETOWN DEFENDANTS

Defendants Georgetown University, Joel Hellman, and George Shambaugh, in accordance with the Court's instructions during the Motions Hearing held on February 19, 2026, hereby file the enclosed exhibits: **Exhibit A** is former Dean William M. Treanor's letter to Defendant Ilya Shapiro, dated June 2, 2022. **Exhibit B** is Georgetown University's Human Resources Policy #204, entitled "Probationary Employment Period."

                                **SAUL EWING LLP**

February 19, 2026              */s/Henry A. Platt*
                               Henry A. Platt (D.C. Bar No. 425994)
                               Timothy D. Intelisano (D.C. Bar. No. 90033254)
                               1919 Pennsylvania Avenue NW, Suite 550
                               Washington, D.C. 20006
                               Tel: (202) 342-3447
                               Fax: (202) 337-6065
                               henry.platt@saul.com
                               timothy.intelisano@saul.com
                               *Attorneys for Defendants*

2

**<ins>CERTIFICATE OF SERVICE</ins>**

I certify that on this 19th day of February, 2026, a true and correct copy of the foregoing **PRAECIPE ON BEHALF OF THE GEORGETOWN DEFENDANTS** was filed and served via the Court's electronic filing system upon all parties who have entered appearances in the above-captioned case.

*/s/ Henry A. Platt*

Henry A. Platt
*Attorney for Defendants*

2