**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANEESA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01540-CRC |
| | ) | |
| GEORGETOWN UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

This matter came before the Court on Timothy D. Intelisano's Motion to Withdraw as Defendants Georgetown University, Joel Hellman, George Shambaugh ("Motion").

Upon consideration of the Motion and the record herein, and it appearing that good cause exists to grant the Motion, it is

**ORDERED** this ____ day of __________, 2026, that the Motion is hereby **GRANTED**; it is

**FURTHER ORDERED** that Timothy D. Intelisano's appearance on behalf of Georgetown University, Joel Hellman, George Shambaugh is withdrawn; and it is

**FURTHER ORDERED** that Henry A. Platt and Saul Ewing LLP shall remain as counsel for Defendants Georgetown University, Joel Hellman, George Shambaugh in this matter.

_________________________________
United States District Judge

**COPIES TO:**

| | |
|---|---|
| Henry A. Platt | henry.platt@saul.com |
| Elizabeth Papez | epapez@gibsondunn.com |
| Lavi Ben Dor | lbendor@gibsondunn.com |
| Joshua Drian | JDrian@manatt.com |
| Kevin Dwight | kdwight@manatt.com |
| Douglas Smith | djasmith@manatt.com |
| Katherine Herman | kherman@manatt.com |
| Jason Greaves | jason@binnall.com |