**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ANEESA JOHNSON**,

Plaintiff,

v.

**GEORGETOWN UNIVERSITY**, *et al.*

Defendants.

Case No. 25-cv-1540 (CRC)

**ORDER DISMISSING CASE**

In its August 31, 2026 Order, the Court instructed Plaintiff to show cause in writing by 7 days "why Canary Mission should not be dismissed as a defendant for lack of service." Order of Aug. 31, 2026, ECF No. 90. Plaintiff failed to respond. The deadline to do so having expired, it is hereby

**ORDERED** that the claims against Defendant Canary Mission are dismissed without prejudice for lack of service. It is further

**ORDERED** this case be dismissed.

This order, and the Court's prior Order dismissing the claims against other defendants, see ECF No. 80, is a final appealable order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: September 10, 2026